In the Matter of STUDENT PRINCE INC., Petitioner, v. NEW YORK STATE LIQUOR AUTHORITY, Respondent.

Concur — Eager, J. P., Steuer, Capozzoli, Rabin and McGivern, JJ.